[No. 10264-1-II.  Division Two.  February 10, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. PERRY JOHN
LEONARD, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85-1-01933-6, E. Albert Morrison, J., entered
August 25, 1986. *Vacated* and *remanded* by unpublished

opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.